# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

Receipt    **240086**

Trans     146386

Received From:    **GEORGE SIAMANI**

Case Number:

Reference Number:    **CV 01-576SOM**

| | | |
|---|---|---|
| Check | | **6.20** |
| Total | | **6.20** |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 6.20 |

| | | |
|---|---|---|
| **Total** | | **6.20** |
| Tend | | 6.20 |
| Due | | 0.00 |

07/06/2007 11:46:44 AM      Deputy Clerk: et/AG