# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

Receipt    **240451**

Trans    146873

Received From:    **GEORGE SIAMANI**
Case Number:
Reference Number:    **CV 01-576SOM**

|  | Check | 8.80 |
|---|---|---|
|  | Total | 8.80 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 8.80 |
|  | **Total** | | **8.80** |
|  | Tend | | 8.80 |
|  | Due | | 0.00 |

08/07/2007 12:09:32 PM    Deputy Clerk:   et/DT