# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

Receipt   **240873**

Trans   147401

Received From:   **GEORGE SIAMANI**
Case Number:
Reference Number:   **CV 01-576SOM**

|  | Check | 9.20 |
|---|---|---|
|  | Total | 9.20 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 9.20 |
|  | **Total** | | **9.20** |
|  | Tend | | 9.20 |
|  | Due | | 0.00 |

09/11/2007 01:28:37 PM       Deputy Clerk:  bb/LG      _____