AO83

# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 241478 |
|---|---|
| Trans | 148248 |

Received From: **GEORGE SIAMANI**
Case Number:
Reference Number: **CV 01-576SOM**

| | |
|---|---|
| Check | 9.20 |
| Total | 9.20 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 9.20 |
| | | Total | 9.20 |
| | | Tend | 9.20 |
| | | Due | 0.00 |

11/08/2007 12:24:43 PM     Deputy Clerk: bb/AG