# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 241871 |
|---|---|
| Trans | 148756 |

Received From: **GEORGE SIAMANI**

Case Number:

Reference Number: CV 01-576SOM

| | Check | 8.80 |
|---|---|---|
| | Total | 8.80 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 8.80 |
| | | Total | **8.80** |
| | | Tend | 8.80 |
| | | Due | 0.00 |

12/07/2007 02:49:29 PM     Deputy Clerk: et/LG