A083

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 242471 |
|---|---|
| Trans | 149572 |

Received From: **GEORGE SIAMANI**
Case Number:
Reference Number: CV 01-576 SOM

|  | Check | 8.40 |
|---|---|---|
|  | Total | 8.40 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 8.40 |
|  | Total | | 8.40 |
|  | Tend | | 8.40 |
|  | Due | | 0.00 |

02/04/2008 04:23:00 PM     Deputy Clerk: dt/