# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

Receipt    242606

Trans      149761

Received From:   **GEORGE SIAMANI**
Case Number:
Reference Number:   CV 01-576 *SOM*

|  | Check | 7.50 |
|---|---|---|
|  | Total | 7.50 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 7.50 |
|  | **Total** | | **7.50** |
|  | Tend | | 7.50 |
|  | Due | | 0.00 |

02/15/2008 01:28:59 PM     Deputy Clerk:  ag/AG