# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 242908 |
|---|---|
| Trans | 150176 |

Received From:   **GEORGE SIAMANI**
Case Number:
Reference Number:   CV 01-576SOM

|  | Check | 6.93 |
|---|---|---|
|  | Total | 6.93 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 6.93 |
|  | **Total** | | **6.93** |
|  | Tend | | 6.93 |
|  | Due | | 0.00 |

03/13/2008 01:59:20 PM        Deputy Clerk:   lg/LG