# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| | |
|---|---|
| Receipt | 243902 |
| Trans | 151566 |

Received From:   **GEORGE SIAMANI**
Case Number:
Reference Number:   CV 01-576SOM

|  | |
|---|---|
| Check | 10.20 |
| Total | 10.20 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 10.20 |
| | | **Total** | **10.20** |
| | | Tend | 10.20 |
| | | Due | 0.00 |

06/09/2008 02:46:17 PM        Deputy Clerk:  dt/DT