# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 244152 |
| Trans | 151903 |

Received From: **GEORGE SIAMANI**
Case Number:
Reference Number: **CV 01-576SOM**

| | | | |
|---|---|---|---|
| | | Check | 10.20 |
| | | Total | 10.20 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 10.20 |
| | | **Total** | **10.20** |
| | | Tend | 10.20 |
| | | Due | 0.00 |

07/01/2008 02:22:57 PM        Deputy Clerk: dt/DT