# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **244513** |
| Trans | 152381 |

Received From: **GEORGE SIAMANI**
Case Number:
Reference Number: **CV 01-576 SOM**

|  |  |
|---|---|
| Check | 21.52 |
| Total | 21.52 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 21.52 |
| | | **Total** | **21.52** |
| | | Tend | 21.52 |
| | | Due | 0.00 |

08/06/2008 02:25:38 PM        Deputy Clerk: verna/VC      _____