A085

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| Receipt | 244728 |
|---------|--------|
| Trans   | 152679 |

Received From:    **GEORGE SIAMANI**

Case Number:

Reference Number:    **CV 01-576SOM**

| | |
|---|---|
| Check | **19.37** |
| Total | **19.37** |

| Description | Fund | Qty | Amount |
|-------------|------|-----|--------|
| CV PRISONER FILING | 5100PL | 1 | 19.37 |

| | |
|---|---|
| **Total** | **19.37** |
| Tend | 19.37 |
| Due | 0.00 |

08/28/2008 11:33:24 AM        Deputy Clerk:  dt/DT